## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    :          CHAPTER 7
**Gabriele Sante Marino**
     DEBTOR                     :          BKY. NO. 24-10369-mdc

### APPLICATION FOR AN EXTENSION OF TIME
### TO FILE SCHEDULES AND STATEMENT
### OF FINANCIAL AFFAIRS

1. Debtor filed for protection under **Chapter 7** on **February 20, 2024.**

2. An order was entered giving Debtor time to file schedules.

3. Debtor may seek application to extend time for cause.

4. Debtor needs an extension until **3/05/2024** to attend to the schedules.

5. The schedules are complete, and we just need the debtor to review and sign.

6. The Petition was served upon all creditors and any other interested parties.

Wherefore, Debtor prays for an Order extending time to file Chapter 7 Schedules and Statement of Financial Affairs until **3/05/2024.**

                                Respectfully Submitted,

Date: February 20, 2024              /s/ Michael A. Cibik
                                          Michael A. Cibik, Esquire
                                          Cibik Law, PC
                                          1500 Walnut Street, Ste 900
                                          Philadelphia, PA  19102