# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                         :        CHAPTER 7
**Gabriele Sante Marino**
    DEBTOR                            :        BKY. NO. 24-10369-mdc

<u>O R D E R</u>

AND NOW, this 21st day of February, 2024 upon consideration of Debtor's Application for an Extension of Time to file Chapter 7 Schedules.

It is Ordered that the Motion is Granted. Debtor has until **3/05/2024** to file the necessary Schedules and Statement of Financial Affairs in the above captioned matter.

By the Court:

*Magdeline D. Coleman*

Hon. Magdeline D. Coleman
U.S. Bankruptcy Court Judge