IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| GABRIELE SANTE MARINO, | : | |
| | : | |
| | : | |
| Debtor. | : | Bankruptcy No.  24-10369-amc |

# ORDER

AND NOW upon consideration of the motion and stipulation in support of the debtor's request to continue the 341(a) Meeting of Creditors and the Chapter 7 Trustee having agreed to so conduct the meeting conditioned upon the extension of all pertinent deadlines, it is hereby,

ORDERED, that the Motion is granted; and it is further,

ORDERED, that the time periods under Federal Rule of Bankruptcy Procedure Rule 4004 to object to discharge, Rule 4007 to determine dischargeability of a debt, and the time period under Bankruptcy Rule 1017 to move for dismissal (or conversion) is hereby extended for all parties in interest, including the United States Trustee, to 60 days after the date of completion of the 341(a) Meeting of Creditors.

Date:  April 26, 2024

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE