United States Bankruptcy Court
Eastern District of Pennsylvania

In re:

Gabriele Sante Marino

    Debtor

Case No. 24-10369-amc

Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 26, 2024 | Form ID: pdf900 | Total Noticed: 20 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Gabriele Sante Marino, 721 S Marvine St, Philadelphia, PA 19147-1913 |
| 14854681 | Benjamin C. Hoffman, 1617 John F Kennedy Blvd Ste 355, Philadelphia, PA 19103-1837 |
| 14854687 | Drexel University, 3201 Arch St Ste 310, Philadelphia, PA 19104-2757 |
| 14854691 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14854692 | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 14854696 | Watson & Allard P.C., 24 Regency Plz, Glen Mills, PA 19342-1001 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 26 2024 23:53:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 26 2024 23:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14854680 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Apr 27 2024 00:44:52 | Aidvantage, Attn: Bankruptcy, 1891 Metro Center Dr, Reston, VA 20190-5287 |
| 14854683 | | Email/Text: megan.harper@phila.gov | Apr 26 2024 23:53:00 | City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 14854682 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 27 2024 00:44:53 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14854684 | | Email/Text: bankruptcy@philapark.org | Apr 26 2024 23:53:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14854685 | ^ | MEBN | Apr 26 2024 23:46:58 | Cornerstone, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 14854686 | | Email/Text: mrdiscen@discover.com | Apr 26 2024 23:52:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 14854688 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 26 2024 23:52:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14854689 | | Email/Text: fesbank@attorneygeneral.gov | Apr 26 2024 23:52:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14854690 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 26 2024 23:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14854693 | + | Email/Text: bankruptcy@philapark.org | Apr 26 2024 23:53:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1540 |

District/off: 0313-2            User: admin            Page 2 of 2

Date Rcvd: Apr 26, 2024            Form ID: pdf900            Total Noticed: 20

| | | | |
|---|---|---|---|
| 14854694 | Email/Text: usapae.bankruptcynotices@usdoj.gov | | |
| | | Apr 26 2024 23:53:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14854695 | ^ MEBN | | |
| | | Apr 26 2024 23:46:49 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |

TOTAL: 14

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 28, 2024          Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| GARY F. SEITZ | gseitz@gsbblaw.com  gfs@trustesolutions.net |
| MICHAEL A. CIBIK | on behalf of Debtor Gabriele Sante Marino help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| GABRIELE SANTE MARINO, | : | |
| | : | |
| | : | |
| Debtor. | : | Bankruptcy No.  24-10369-amc |

## **ORDER**

AND NOW upon consideration of the motion and stipulation in support of the debtor's request to continue the 341(a) Meeting of Creditors and the Chapter 7 Trustee having agreed to so conduct the meeting conditioned upon the extension of all pertinent deadlines, it is hereby,

ORDERED, that the Motion is granted; and it is further,

ORDERED, that the time periods under Federal Rule of Bankruptcy Procedure Rule 4004 to object to discharge, Rule 4007 to determine dischargeability of a debt, and the time period under Bankruptcy Rule 1017 to move for dismissal (or conversion) is hereby extended for all parties in interest, including the United States Trustee, to 60 days after the date of completion of the 341(a) Meeting of Creditors.

Date:  April 26, 2024

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE